AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MOHAMED FATHY SULIMAN<br><br>*Defendant(s)* | Case No. 1:20mj67 GRJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 12, 2014 and June 14, 2014__ in the county of __Alachua__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2339B | Attempt To Provide Material Support To A Designated Foreign Terrorist Organization |

This criminal complaint is based on these facts:

See attached affidavit of Federal Bureau of Investigation Special Agent R. David Collins, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent R. David Collins, FBI
*Printed name and title*

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone and email.

Date: _____

2020.09.11 11:34:46 -04'00'
*Judge's signature*

City and state: __Gainesville, Florida__    Gary R. Jones, United States Magistrate Judge
*Printed name and title*

FILED USDC FLND GV
SEP 11 '20 AM11:49