IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:20-mj-67-GRJ

MOHAMED FATHY SULIMAN
_____/

## ORDER OF DETENTION

On February 10, 2021, this matter came before the Court on the Government's motion for detention of Defendant pending trial, pursuant to the Bail Reform Act of 1984, 18 U.S.C. § 3142. Defendant is charged in a Criminal Complaint with attempting to knowingly provide material support or resources to a foreign terrorist organization, in violation of 18 U.S.C. § 2339B. After consultation, Defendant's Counsel advised the Court that Defendant elected to waive a detention hearing at this time, without prejudice to his right to request a detention hearing at a later date.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Government's motion for detention is **GRANTED**.

2. Pending further proceedings, Defendant is committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the

United States, or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** this 10th day of February 2021.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge