1-21-CR-6 AW1
GRJ-1

In the name of Allah The All-Merciful
The All-Compassionate

20 October, 2021

Judge Allen Winsor,

I, Mohamed Fathy Suliman, thank you on your judgement denying to the motion of involuntary medication put forth against me by the government. As a muslim (one who submits to Allah - The God) we are commanded by Prophet Muhammad (prayers and peace upon him and all the prophets and messengers of God) to give thanks and appreciate good deeds and actions. Prophet Muhammad (prayers and peace upon him) said: "Who does not thank people and show gratitude to them, does not thank Allah - The God."

As a token of appreciation and also a duty upon me as a Muslim (sharing is caring!), I invite you and call you to the religion of Islam (to submit to Allah). A sweet and simple religion: to believe in Allah alone without partners or associates or middle-men; and in all the prophets and messengers (prayers and peace upon them) starting from Adam - the father of humanity, to Noah to Abraham to Moses to Jesus son of Mary - the virgin, and ending with Muhammad - the last and final prophet and messenger. All the prophets and messengers were the best of humanity, sent as role models to us of high moral conduct and righteousness. At the same time, as mortals they ate, drank, went to sleep and died; meanwhile, Allah - The God, The Creator, The All-Merciful, The Omnipotent, The Self-Subsisting and All-Perfect does NOT eat, drink, rest, get tired, sleep or die and Exalted is Allah above such matters!

Page 1; continued on the back

This is the message of Islam, no wonder Islam is the fastest growing religion here in my birthplace and country: U.S.A and all over the world. No wonder Muslims are the most populous of all religions in the world. No wonder the name: Muhammad is the most common name in the world. Last but not least, no wonder and no coincidence Makkah (Holiest city) in the Arabian Peninsula (present day Saudia Arabia) is the centermost city on Earth (geography-wise) and the Ka'bah (black cubicle built by Prophet Abraham - prayers and peace upon him) is the centermost point on Earth! No coincidence. I remind myself first and foremost and invite you to The Truth - Islam (pray to God, deep down your heart, with honesty and sincerety and I'm sure Allah will guide you.)!

As for my court case (No. 1:21CR6), I require and demand that it is dismissed immediately based on the violation of my 5th Amendment (fair interrogation, search and investigation), 6th Amendment (right to Speedy Trial) and 14th Amendment (U.S citizen right to due process. The interview in the U.S Embassy of Khartoum, which was more of an interrogation than an interview, that FBI agent David Collins and the government is relying on and using against me absolutely violates my 5th Amendment. FBI agent Collins never told me the Miranda Statements, nor did he let my mom and I know this is a recorded/video-taped "interview". That day my mom and I went to the Embassy just to pick-up my renewed U.S passport, but agent Collins tied getting my passport with having to talk to him and be "interviewed". Add to that, the psychological pressure and ploys and using mental suggestion (interrogation tactics) to get out information and say false (and even non-real) statements against myself. (All such statements are known as 'Fruit of Poisonous Tree' by Law - illegal) Page 2

Therefore, this entire interview/interrogation is VOID and illegal and I demand it be suppressed.

I was also kept in FDC Miami for over 4 months for supposedly a mental evaluation that constitutionally and by law should not take more than 30 days with a maximum another 15 days extension (total 45 days) according to: USC 4241 & 4247 Determination of mental competency to proceed trial.

As a result of all the above-mentioned violations (and there's more) that clearly negate my 5th, 6th and 14th Amendment rights as a U.S citizen (by birth, born in Washington D.C), I demand case dismissed and discharged from prison as pre-trial order from you - Judge Allen Winsor.

Again, Thank you!
Mohamed Fathy Suliman
كريم فتحي سليمان
20, October, 2021

Mohamed Fathy Suliman
Register # 28034509
FCI Tallahassee
P.O Box 5000
Tallahassee, FL 32314

TALLAHASSEE FL 323
22 OCT 2021 PM 3 L


FOREVER / USA

CHECKED OCT 26 2021

Judge Allen Winsor
U.S District Court
401 S.E 1st Avenue, Suite 243
Gainesville, FL 32601

32601-689568